Terry Donald MARTIN, Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Appellee.

No. 71–3479

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Feb. 2, 1972.

Before BELL, DYER, and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] The errors asserted under Bruton v. United States, 1968, 391 U.S. 123, 88 S.Ct. 1620, 20 L.Ed.2d 476, if errors at all, are harmless beyond a reasonable doubt. Harrington v. California, 1969, 395 U.S. 250, 89 S.Ct. 1726, 23 L.Ed.2d 284.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

** Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

Francisco TORRES, Jr., Petitioner-Appellant,

v.

Clarence JONES, Sheriff, Dallas County, Texas, Respondent-Appellee.

No. 71–2950

Summary Calendar.**

United States Court of Appeals,

Fifth Circuit.

Feb. 4, 1972.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

Affirmed: See Local Rule 21.[1a, 2a]

1a. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

2a. Petitioner, a state prisoner, applied to the district court for habeas corpus relief, asserting that he had been denied a preliminary hearing and that his bail was excessive. The district court denied relief because petitioner had failed to exhaust available state remedies.